# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ADAM STEFANILE,<br><br>Defendant. | Criminal No.: 2:07-CR-466 -JLL-01<br><br>**ORDER** |

The Court has received and reviewed Defendant, Adam Stefanile's letter application [docket entry #30] regarding his restitution payments. After consideration of Defendant's request and a thorough review of the sentencing transcript of January 8, 2008, (Tr. 20: 5-7), it is hereby ordered that Defendant's request that the Court waive any and all interest with regard to restitution payments is GRANTED.

Dated: July 26, 2012

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE